# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3367

_____

| | | |
|---|---|---|
| Lazaro D. Borrero, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Terry Mories, Officer; Dennis L. | * | |
| Benson, Warden of Minnesota | * | [UNPUBLISHED] |
| Correctional Facility at Stillwater, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 12, 1998
Filed: August 18, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Lazaro Borrero, a Minnesota inmate, appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C § 1983 action. After carefully reviewing the record and the parties' submissions, we conclude the district court did not err in

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

granting summary judgment for the reasons stated in the magistrate judge's report. Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.